**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 16-2182**

———————————

SABRINA RENEE BROWN,

            Plaintiff - Appellant,

      v.

PANTHER II TRANSPORTATION, INC., Panther Premium Logistics,
Inc.,

            Defendant - Appellee,

      and

HIRE RIGHT,

            Defendant.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (2:16-cv-00158-RAJ-DEM)

———————————

Submitted:  December 20, 2016        Decided:  December 22, 2016

———————————

Before GREGORY, Chief Judge, and WYNN and FLOYD, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Sabrina Renee Brown, Appellant Pro Se.  Bryan K. Meals, DAVEY &
BROGAN, PC, Norfolk, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sabrina Renee Brown appeals from the district court's order dismissing her civil action based on improper venue, declining to transfer the action to another district, and denying her motion to amend. Brown confines her appeal to the district court's dismissal of her action based on improper venue. We have reviewed the record and find no reversible error in that ruling. Accordingly, we affirm for the reasons stated by the district court. Brown v. Panther II Transp., Inc., No. 2:16-cv-00158-RAJ-DEM (E.D. Va. Oct. 3, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2